# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH PATTERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>THE HAYMAN COMPANY and PINES AT CLOVERLANE LLC D/B/A THE PINES OF CLOVERLANE, jointly and severally,<br><br>   Defendants. | Case No. 23-cv-10122<br><br>Hon. Denise Page Hood<br>United States District Judge<br><br>Hon. Kimberly G. Altman<br>United States Magistrate Judge |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41

The parties in this matter are pleased to report to the Court that they have reached a settlement and release for all claims; therefore, Plaintiff hereby provides notice of her intent to voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties have agreed to resolve this matter without costs to any party but without prejudice to renew the action if specified terms of the settlement and release are not met. Once the terms of the settlement and release have been satisfied, the parties will enter a joint stipulated order dismissing this matter with prejudice.

Respectfully submitted,

By: _s/ Robin B. Wagner_
Robin B. Wagner (P79408)
Bayan M. Jaber (P85451)
PITT MCGEHEE PALMER BONANNI & RIVERS
Attorney for Plaintiffs
117 W. Fourth Street, Suite 200
Royal Oak, MI  48067
248-398-9800
248-268-7996 (fax)

Dated: March 22, 2023