UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEBORAH PATTERSON,**

    **Plaintiff,**

v.

Case No. 23-10122

Honorable Denise Page Hood

**THE HAYMAN COMPANY and
PINES AT CLOVERLANE LLC
d/b/a THE PINES OF CLOVERLANE,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On March 22, 2023, Plaintiff Deborah Patterson submitted a Notice of Voluntary Dismissal in the instant action.

Accordingly,

IT IS ORDERED that this action is DISMISSED pursuant to Rule 41(a)(1) of the Rules of Civil Procedure without prejudice and designated as CLOSED on the docket.

    s/Denise Page Hood
    DENISE PAGE HOOD
    United States District Judge

DATED: March 28, 2023